CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL HODES, et al., | Case No. CV 09-01530-RGK (FFMx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| VAN'S INTERNATIONAL FOODS, et al., | |
| Defendants. | |

///
///
///

1  On September 9, 2009, the Court issued an Order to Show Cause re Lack of
2 Jurisdiction.  In light of its Order Denying Class Certification, the Court ordered
3 Defendants to respond in writing why the action should not be dismissed for lack of
4 subject matter jurisdiction. Plaintiffs were also given an opportunity to respond within the
5 same time period. Both Defendants and Plaintiffs timely responded on September 22,
6 2009.
7  The Court fully considered the arguments raised by both parties in favor of the
8 Court's retaining jurisdiction. Upon review of the facts, the Court found dismissal proper
9 based lack of complete diversity. Therefore, on September 30, 2009, the Court
10 dismissed the action in its entirety for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATE:  October 16, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2