**FILED**

OCT 23 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GAIL HODES, individually and on behalf of all others similarly situated; et al., <br><br> Petitioners, <br><br> v. <br><br> VAN'S INTERNATIONAL FOODS, a California Corporation; et al., <br><br> Respondents. | No. 09-80135 <br><br> D.C. No. 2:09-cv-01530-RGK <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: W. FLETCHER and RAWLINSON, Circuit Judges.

The petition for permission to appeal the district court's July 23, 2009 order denying class action certification is denied as moot. That petition does not serve the purpose of a timely notice of appeal. This denial is without prejudice to petitioners filing a timely notice of appeal from the district court's September 30, 2009 dismissal order.

lc/MOATT